# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD OWENS, | ) | NO. CV 16-3577-JFW (KS) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| SOTO, Warden, *et al*, | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that:

(1) the Order granting Plaintiff IFP status (Dkt. No. 14) be VACATED;

(2) the December 19, 2016, Order to Show Cause (Dkt. No. 29) be VACATED; and

(3) Plaintiff's lawsuit be DISMISSED without prejudice as to all defendants and all claims unless, within thirty days of this Order, Plaintiff pays the full required filing fee of $400.00.

DATED: February 13, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2