JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RICHARD OWENS,** | ) | NO. CV 16-3577-JFW (KS) |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| **SOTO, Warden,** *et al*, | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge dated February 13, 2017,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 22, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE